IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIO ACOSTA,

    Petitioner,

v.    No. CV 19-352 RB/CG

DANIEL PETERS, et al.,

    Respondents.

## ORDER TO CURE DEFICIENCY

Petitioner has submitted a habeas corpus petition. The Court finds that Petitioner's submission is deficient because Petitioner has not paid the $5 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Petitioner must cure this deficiency within thirty (30) days from entry of this Order by **either** paying the full $5 filing fee **or** submitting an Application to Proceed in District Court Without Prepaying Fees or Costs. *See* 28 U.S.C. § 1915(a)(1). Failure to cure the designated deficiency within thirty (30) days from entry of this Order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Petitioner shall **either** pay the full $5 filing fee **or** submit an Application to Proceed in District Court Without Prepaying Fees or Costs; and the Clerk is directed to mail to Petitioner a copy of this order and two copies of an Application to Proceed in District Court Without Prepaying Fees or Costs with instructions.

                                                      _____
                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE