**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARIO ACOSTA,

Petitioner,

v. No. CV 19-352 RB/CG

DANIEL PETERS, et al.,

Respondents.

**ORDER TO FILE A RESPONSE TO GROUND ONE AND QUASHING ORDER TO SHOW CAUSE**

**THIS MATTER** is before the Court upon review of the record. Mr. Acosta has agreed to dismiss grounds two, three, and four, in his *Petition*, (Doc. 1). As such, the Court will issue proposed findings and a recommended disposition on the substance of ground one, Mr. Acosta's claim that the state court failed to suppress his confession. (Doc. 1 at 5). Having conceded that this claim has been properly exhausted, Respondents are directed to respond to the merits of ground one.

**IT IS THEREFORE ORDERED** that Respondents shall file a written response addressing the merits of Mr. Acosta's first claim for relief no later than **September 14, 2020**.

**IT IS FURTHER ORDERED** that the Court's *Order to Show Cause*, (Doc. 16), is hereby **QUASHED**.

**IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE